Arnold Richer, #2751
Patrick F. Holden, #6247
**RICHER & OVERHOLT, P.C.**
Attorneys for Defendants Michie, Francik,
Cobos, Robinson, Emerson, Bryant and WBGI
901 West Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750
Email: aricher@richerandoverholt.com

### UNITED STATES COURT OF APPEALS
### FOR THE TENTH CIRCUIT

| | |
|---|---|
| WALTER L. WAGNER, an individual, | **RESPONSE TO CLERK'S ORDER REGARDING PLAINTIFF'S NOTICE OF THE FILING FOR BANKRUPTCY BY DEFENDANT WBGI** |
| Plaintiff and Appellant, | |
| v. | |
| PRESTON MICHIE, an individual, KENNETH FRANCIK, an individual, LESLIE COBOS, an individual, MARK ROBINSON, an individual, ANNETE EMERSON, an individual, STEVE BRYANT, an individual, and WORLD BOTANICAL GARDENS, INC., a Nevada corporation, | Court of Appeals No. 13-4082 |
| Defendants and Appellees. | District Court No. 2:11-cv-00784-RJS |

Defendant and Appellees Preston Michie, Kenneth Francik, Leslie Cobos, Mark Robinson, Annette Emerson, Steve Bryant and World Botanical Gardens, Inc. ("WBGI"), by and through their attorney of record Arnold Richer of Richer & Overholt, P.C., hereby respond to the

Clerk's Order requesting a response indicating whether the entire appeal should be abated or whether only the proceedings against WBGI should be abated by stating as follows:

Defendant / Appellee WBGI filed a Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, District of Nevada (Reno), Case No. 13-50833-MKN on April 30, 2013. No other named defendant/appellee has filed for relief under the provisions of the Bankruptcy Code. Therefore, Defendants and Appellees believe that only the portion of the appeal related to Defendant / Appellee WBGI should be abated.

DATED this 24 day of June, 2013.

**RICHER & OVERHOLT, P.C.**

_____
Arnold Richer
Attorney for Defendants and Appellees

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **RESPONSE TO CLERK'S ORDER REGARDING PLAINTIFF'S NOTICE OF THE FILING FOR BANKRUPTCY BY DEFENDANT WBGI** to be delivered to the following in the manner and on the date below indicated:

[✓] Mail  
[ ] Fax  
[ ] Email  
[ ] Hand Delivery

Walter L. Wagner  
532 N 700 E  
Payson, Utah 84651  
retlawdad@hotmail.com  
(Pro Se Plaintiff)

DATED this 28 day of June, 2013.

_____  
Arnold Richer  
Attorney for Defendants and Appellees