# United States District Court
# District of Utah



**D. Mark Jones**
Clerk of Court

**Louise S. York**
Chief Deputy Clerk

June 25, 2013


Clerk of Court
United States Court of Appeals
        for the Tenth Circuit
1823 Stout Street
Denver, CO 80257


RE:     ELECTRONIC RECORD ON APPEAL
        Wagner v. Michie et al  -- 13-4082
        Lower Docket: 2:11-cv-00784-RJS


Dear Clerk of Court:

        The record on appeal is being transmitted via Email this date.  The following sets out the contents of each volume:

| Volume: | Contents: |
|---|---|
| I. | Consisting of images of documents 1-3, 5-15. |
| II. | Consisting of images of documents 16-35. |
| III. | Consisting of images of documents 36-50. |
| IV. | Consisting of images of documents 51-93. |
| V. | Consisting of images of restricted documents 4. |


Sincerely,

D. Mark Jones, Clerk


By: /s/
Aaron Paskins


cc: Counsel of Record