WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

Case No. 13-4082

# UNITED STATES C0URT OF APPEALS

# FOR THE TENTH CIRCUIT

| | |
|---|---|
| WALTER L. WAGNER, ) <br> ) <br> Appellant and Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> PRESTON MICHIE, KENNETH ) <br> FRANCIK, LESLIE COBOS, MARK ) <br> ROBINSON, ANNETTE EMERSON ) <br> STEVE BRYANT, WORLD BOTANICAL ) <br> GARDENS, INC. (WBGI), ) <br> ) <br> Appellees and Defendants ) <br> ) | Case No. 13-4082 <br><br> (Dist No.   2:11cv00784; Utah) <br><br> **FURTHER STATUS REPORT** <br> **RE WBGI BANKRUPTCY** |

## FURTHER STATUS REPORT RE WBGI BANKRUPTCY

Appellant Walter L. Wagner further updates this Court regarding the status of the WBGI bankruptcy as follows:

On August 28, 2013 WBGI's motion for liquidation of all of its assets came for hearing before the bankruptcy court. Mr. Louis Bubala appeared on behalf of creditor *Experience Based Learning, Inc.*; Mr. Kevin Darby appeared on behalf of debtor *WBGI*; Mr. Cal Andrus appeared telephonically *pro se* as an equity holder; and I appeared telephonically *pro se* as a creditor and equity holder.

The bankruptcy court orally granted debtor WBGI's motion to liquidate all of its assets, and they were sold to a partnership between Mark Robinson (Robinson) and Steve Bryant (Bryant), who were also WBGI's CFO and CEO respectively. The court conducted a 'public auction', and the only accepted bid was that of Robinson and Bryant, which bid purports to satisfy all of the creditors except two, namely Experience Based Learning, Inc. and myself. The other alleged creditors' claims consisted primarily of those made by the defendants/appellants herein. My bid was rejected on the basis that money owed to me by WBGI has not yet been reduced to a final judgment but is instead undetermined in the pending (currently stayed) Hawaii suit for back-pay.

None of the WBGI shareholders were noticed of the hearing, save myself and Mr. Andrus.

Mr. Bubala filed on September 10, 2013 an objection to the proposed written order based on the fact that his client, Experience Based Learning, Inc. is left with unsatisfied unsecured claims of approximately $50,000 and he requests that his client's claim for payment be included in the order; and I filed on September 10, 2013 an objection to the proposed written order on the same basis, but with both a secured claim of $1,000,000 (back-pay claim) to be paid as $100,000 initially and $50,000/year for 18 years secured as a note to the land; and an unsecured claim of $10,000,000 (this instant action) to be left as an unsecured promissory note; again requesting that the claims be included in the final order. The final order has not yet been prepared and signed as of this writing.

DATED: September 12, 2013

_____
Walter L. Wagner

### CERTIFICATE OF SERVICE

I certify that I served the foregoing document on *Richer and Overholt* by mailing same to 901 W. Baxter Drive, South Jordan, UT 84095 on 9/12/2013

_____