**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                                         Douglas E. Cressler
Clerk of Court                                       October 18, 2013                                         Chief Deputy Clerk

Mr. Walter L. Wagner
532 North 700 East
Payson, UT 84651

**RE:**    13-4082, Wagner v. Michie, et al
           Dist/Ag docket: 2:11-CV-00784-RJS

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

                                              Sincerely,

                                              *Elisabeth A. Shumaker*

                                              Elisabeth A. Shumaker
                                              Clerk of the Court

cc:    Patrick F. Holden
       Arnold Richer

EAS/sls