**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker<br>Clerk of Court | April 03, 2014 | Douglas E. Cressler<br>Chief Deputy Clerk |
|---|---|---|

Mr. D. Mark Jones
United States District Court for the District of Utah
Office of the Clerk
350 South Main Street
150 Frank E. Moss U.S. Courthouse
Salt Lake City, UT 84101-0000

Mr. Arnold Richer
Mr. Patrick F. Holden
Richer & Overholt
901 West Baxter Drive
South Jordan, UT 84095

Mr. Walter L. Wagner
532 North 700 East
Payson, UT 84651

**RE:** 13-4082, Wagner v. Michie, et al
Dist/Ag docket: 2:11-CV-00784-RJS

Dear Counsel, Clerk and Appellant:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today with respect to appellee World Botanical Gardens, Inc. The clerk of the originating court or agency shall file accordingly. This mandate supplements the mandate issued on 11/26/13.

Please contact this office if you have questions.

                                           Sincerely,

                                           Elisabeth A. Shumaker
                                           Clerk of the Court

EAS/na